UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

RABINOWITZ, LUBETKIN & TULLY, LLC
293 Eisenhower Parkway, Suite 100
Livingston, NJ 07039
(973) 597-9100
Larry K. Lesnik
Proposed Counsel to Jay L. Lubetkin, Esq.,
Chapter 7 Trustee

Order Filed on May 10, 2017 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

JUNG HWA KIM,

           Debtor.

Case No.:     15-29741

Chapter:      Sherwood

Judge:        7

## ORDER AUTHORIZING RETENTION OF

Rabinowitz, Lubetkin & Tully, LLC

The relief set forth on the following page is **ORDERED**.

**DATED: May 10, 2017**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Upon the applicant's request for authorization to retain __Rabinowitz, Lubetkin & Tully, LLC__ as __Counsel to the Chapter 7 Trustee__, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: 293 Eisenhower Parkway
   Suite 100
   Livingston, New Jersey 07039

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev. 8/1/15*