UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

RABINOWITZ, LUBETKIN & TULLY, LLC
293 Eisenhower Parkway, Suite 100
Livingston, NJ 07039
(973) 597-9100
Larry K. Lesnik
Proposed Counsel to Jay L. Lubetkin, Esq.,
Chapter 7 Trustee

In Re:

JUNG HWA KIM,

    Debtor.

Case No.: 15-29741

Chapter: 7

Judge: Sherwood

Order Filed on May 10, 2017 by
Clerk U.S. Bankruptcy Court
District of New Jersey

# ORDER AUTHORIZING RETENTION OF

Rabinowitz, Lubetkin & Tully, LLC

The relief set forth on the following page is **ORDERED**.

DATED: May 10, 2017

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the applicant's request for authorization to retain ___Rabinowitz, Lubetkin & Tully, LLC___ as ___Counsel to the Chapter 7 Trustee___, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: ___293 Eisenhower Parkway___
   ___Suite 100___
   ___Livingston, New Jersey 07039___

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Jung Hwa Kim  
    Debtor

Case No. 15-29741-JKS  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: May 10, 2017  
                              Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2017.  
db         +Jung Hwa Kim,    4 Beacon Way Apt 309,    Jersey City, NJ 07304-6117

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2017                                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2017 at the address(es) listed below:

        Charles G. Wohlrab   on behalf of Creditor   Nationstar Mortgage, LLC cwohlrab@logs.com, njbankruptcynotifications@logs.com  
        Denise E. Carlon   on behalf of Creditor   U.S. Bank National Association, Et Al... bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com  
        Jay L. Lubetkin   jlubetkin@rltlawfirm.com, NJ57@ecfcbis.com,lvala@rltlawfirm.com, rgaydos@rltlawfirm.com  
        Jay L. Lubetkin   on behalf of Trustee Jay L. Lubetkin jlubetkin@rltlawfirm.com, NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com  
        Jeanette F. Frankenberg   on behalf of Creditor   Nationstar Mortgage, LLC cmecf@sternlav.com  
        Larry Lesnik   on behalf of Trustee Jay L. Lubetkin llesnik@rltlawfirm.com, jcoleman@rltlawfirm.com  
        Melissa N. Licker   on behalf of Creditor   Nationstar Mortgage, LLC NJ_ECF_Notices@buckleymadole.com  
        Seung H. Shin   on behalf of Debtor Jung Hwa Kim shinjunglaw@gmail.com

                                                                                                                                             TOTAL: 8