**RABINOWITZ, LUBETKIN & TULLY, LLC**
293 Eisenhower Parkway, Suite 100
Livingston, NJ 07039
(973) 597-9100
Larry K. Lesnik
*Counsel to Jay L. Lubetkin, Esq.,*
*Chapter 7 Trustee*

Order Filed on August 9, 2017 by
Clerk U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re:<br><br>JUNG HWA KIM,<br><br>Debtor. | Case No. 15-29741 (JKS)<br><br>Chapter 7<br><br>Hearing Date: August 8, 2017 |

**ORDER COMPELING COMPLIANCE WITH RULE 2004 SUBPOENA DUCES TECUM**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

DATED: August 9, 2017

_____
Honorable John K. Sherwood
United States Bankruptcy Court

(Page 2)
Debtor:           Jung Hwa Kim
Case No.:         15-29741 (JKS)
Caption of Order: ORDER COMPELLING COMPLIANCE WITH RULE 2004 SUBPOENA
                  DUCES TECUM

---

**THIS MATTER** having been opened to the Court by Rabinowitz, Lubetkin & Tully, LLC, attorneys for Jay L. Lubetkin, Chapter 7 Trustee (the "Trustee"), seeking to compel compliance with Rule 2004 Subpoena Duces Tecum; and the Court having considered the Notice of Motion, Certification and Brief in support of the Notice of Motion, and all pleadings in opposition thereto, if any; and service of the Notice of Motion and supporting pleadings having been made on, inter alia, Debtor Jung Hwa Kim; and good and sufficient cause existing for the making and entry of the within Order; it is hereby

**ORDERED** that within ten business days of the entry of this Order, Jung Hwa Kim fully comply with the Trustee's Subpoena Duces Tecum dated May 1, 2017 by providing the Trustee with all information and documents requested therein; and it is further

**ORDERED** that the Trustee serve a copy of this Order on Debtor Jung Hwa Kim via first class mail at his address of record on his Chapter 7 petition within one business day of the entry of this Order; and it is further

**ORDERED** that if Debtor Jung Hwa Kim has not fully complied with his duty to provide information and documentation to the Trustee as ordered herein, within the time specified herein, the Trustee may file a motion seeking to hold him in contempt for violating this court order.