**RABINOWITZ, LUBETKIN & TULLY, LLC**
293 Eisenhower Parkway, Suite 100
Livingston, NJ 07039
(973) 597-9100
Larry K. Lesnik
*Counsel to Jay L. Lubetkin, Esq.,*
*Chapter 7 Trustee*

Order Filed on August 9, 2017 by
Clerk U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re:<br><br>JUNG HWA KIM,<br><br>Debtor. | Case No. 15-29741 (JKS)<br><br>Chapter 7<br><br>Hearing Date: August 8, 2017 |

### ORDER COMPELING COMPLIANCE WITH RULE 2004 SUBPOENA DUCES TECUM

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: August 9, 2017**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

(Page 2)
Debtor:              Jung Hwa Kim
Case No.:            15-29741 (JKS)
Caption of Order:    ORDER COMPELLING COMPLIANCE WITH RULE 2004 SUBPOENA
                     DUCES TECUM

---

**THIS MATTER** having been opened to the Court by Rabinowitz, Lubetkin & Tully, LLC, attorneys for Jay L. Lubetkin, Chapter 7 Trustee (the "Trustee"), seeking to compel compliance with Rule 2004 Subpoena Duces Tecum; and the Court having considered the Notice of Motion, Certification and Brief in support of the Notice of Motion, and all pleadings in opposition thereto, if any; and service of the Notice of Motion and supporting pleadings having been made on, inter alia, Debtor Jung Hwa Kim; and good and sufficient cause existing for the making and entry of the within Order; it is hereby

**ORDERED** that within ten business days of the entry of this Order, Jung Hwa Kim fully comply with the Trustee's Subpoena Duces Tecum dated May 1, 2017 by providing the Trustee with all information and documents requested therein; and it is further

**ORDERED** that the Trustee serve a copy of this Order on Debtor Jung Hwa Kim via first class mail at his address of record on his Chapter 7 petition within one business day of the entry of this Order; and it is further

**ORDERED** that if Debtor Jung Hwa Kim has not fully complied with his duty to provide information and documentation to the Trustee as ordered herein, within the time specified herein, the Trustee may file a motion seeking to hold him in contempt for violating this court order.

2

United States Bankruptcy Court
District of New Jersey

In re:  
Jung Hwa Kim  
    Debtor

Case No. 15-29741-JKS  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Aug 09, 2017  
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2017.
db             +Jung Hwa Kim,    4 Beacon Way Apt 309,    Jersey City, NJ 07304-6117

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2017                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 9, 2017 at the address(es) listed below:
        Charles G. Wohlrab    on behalf of Creditor    Nationstar Mortgage, LLC cwohlrab@logs.com, njbankruptcynotifications@logs.com
        Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, Et Al... bankruptcynotice@zuckergoldberg.com,  bkgroup@kmllawgroup.com
        Jay L. Lubetkin    jlubetkin@rltlawfirm.com,    NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com
        Jay L. Lubetkin    on behalf of Trustee Jay L. Lubetkin jlubetkin@rltlawfirm.com, NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com
        Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage, LLC cmecf@sternlav.com
        Larry Lesnik    on behalf of Trustee Jay L. Lubetkin llesnik@rltlawfirm.com, jcoleman@rltlawfirm.com
        Melissa N. Licker    on behalf of Creditor    Nationstar Mortgage, LLC NJ_ECF_Notices@buckleymadole.com
        Seung H. Shin    on behalf of Debtor Jung Hwa  Kim shinjunglaw@gmail.com
                                                                                                                TOTAL: 8