UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
KIM, JUNG HWA

Case No.: 15-29741 (JKS)  
Chapter: 7  
Judge: JOHN K. SHERWOOD

### NOTICE OF PROPOSED ABANDONMENT

<u>Jay L. Lubetkin</u>, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | James J. Waldron, Clerk<br>US Bankruptcy Court,<br>District of New Jersey<br>MLK Jr. Federal Building<br>50 Walnut Street<br>Newark, NJ 07102 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable JOHN K. SHERWOOD on MARCH 27, 2018 at 3:00 p.m. at the United States Bankruptcy Court, Courtroom No 3D. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 1600 Broadway<br>New York, NY  10036<br><br>Current Market Value: $931,000.00 |
|---|---|

| Liens on property: | $911,986.00 |
|---|---|

| Amount of equity claimed as exempt: | $0.00 |
|---|---|

Objections must be served on, and requests for additional information directed to:

NAME: <u>/s/Jay L. Lubetkin, Chapter 7 Trustee</u>  
FIRM NAME: <u>Rabinowitz, Lubetkin & Tully, L.L.C.</u>  
ADDRESS: <u>293 Eisenhower Parkway, Suite 100, Livingston, New Jersey 07039</u>  
TELEPHONE NO: <u>(973) 597-9100</u>  
SUBMITTED BY: <u>Jay L. Lubetkin</u>   POSITION: <u>Chapter 7 Trustee</u>   PHON<u>E: (973)597-9100</u>  
DATED: <u>February 26, 2018</u>

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 15-29741-JKS
Jung Hwa Kim                                                              Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2            User: admin              Page 1 of 2              Date Rcvd: Feb 27, 2018
                                Form ID: pdf905          Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 01, 2018.
db          +Jung Hwa Kim,    4 Beacon Way Apt 309,    Jersey City, NJ 07304-6117
aty         +Rabinowitz, Lubetkin & Tully, LLC,    293 Eisenhower Parkway,    Suite 100,
              Livington, NJ 07039-1711
516187312    AMERICAN EXPRESS BANK, FSB,    C/O BECKET AND LEE LLP,    PO BOX 3001,    MALVERN, PA 19355-0701
515804050   +Amex,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
515804051  ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court:  Bk Of Amer,    Po Box 982235,    El Paso, TX 79998)
515804052   +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
515964034    JPMorgan Chase Bank, N.A.,    c/o Five Lakes Agency, Inc.,    P.O. Box 80730,
              Rochester, MI  48308-0730
515804056   +Nationstar Mortgage,    8950 Cypress Waters Boulevard,    Coppell, TX 75019-4620
515804055   +Nationstar Mortgage,    P.O Box 619098,    Dallas, TX 75261-9098
515804058   #+Tsi/09,    Po Box 17205,    Wilmington, DE 19850-7205

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Feb 27 2018 23:41:35     U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 27 2018 23:41:31     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
515804053    +E-mail/Text: mrdiscen@discover.com Feb 27 2018 23:40:52     Discover Fin Svcs Llc,
              Po Box 15316,    Wilmington, DE 19850-5316
515804054    +E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Feb 27 2018 23:42:18
              Hyundai Capital Americ,    10550 Talbert Ave,    Fountain Valley, CA 92708-6032
515804057    +E-mail/PDF: gecsedi@recoverycorp.com Feb 28 2018 03:28:59     Syncb/Gap,    Po Box 965005,
              Orlando, FL 32896-5005
                                                                                              TOTAL: 5

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2018                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 26, 2018 at the address(es) listed below:
              Charles G. Wohlrab    on behalf of Creditor    Nationstar Mortgage, LLC cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, Et Al...
               bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com
              Jay L. Lubetkin    jlubetkin@rltlawfirm.com, NJ57@ecfcbis.com,lvala@rltlawfirm.com,
               rgaydos@rltlawfirm.com
              Jay L. Lubetkin    on behalf of Trustee Jay L. Lubetkin jlubetkin@rltlawfirm.com,
               NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com
              Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage, LLC cmecf@sternlav.com
              Larry Lesnik    on behalf of Trustee Jay L. Lubetkin llesnik@rltlawfirm.com,
               jcoleman@rltlawfirm.com

```
District/off: 0312-2           User: admin              Page 2 of 2              Date Rcvd: Feb 27, 2018
                               Form ID: pdf905          Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Melissa N. Licker    on behalf of Creditor    Nationstar Mortgage, LLC
           NJ_ECF_Notices@buckleymadole.com
          Seung H. Shin    on behalf of Debtor Jung Hwa  Kim shinjunglaw@gmail.com

                                                                   TOTAL: 8