Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 15−29741−JKS
Chapter: 7
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jung Hwa Kim
   4 Beacon Way Apt 309
   Jersey City, NJ 07304

Social Security No.:
   xxx−xx−8642

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:      5/17/18
Time:      10:00 AM
Location:   Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
RABINOWITZ, LUBETKIN & TULLY, L.L.C

COMMISSION OR FEES
$7,398.50

EXPENSES
$17.52

Creditors may be heard before the applications are determined.

   In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).


Dated: April 11, 2018
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 15-29741-JKS
Jung Hwa Kim                                                              Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Apr 11, 2018
                              Form ID: 137             Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2018.
```
db          +Jung Hwa Kim,    4 Beacon Way Apt 309,    Jersey City, NJ 07304-6117
aty         +Rabinowitz, Lubetkin & Tully, LLC,    293 Eisenhower Parkway,    Suite 100,
              Livington, NJ 07039-1711
516187312    AMERICAN EXPRESS BANK, FSB,    C/O BECKET AND LEE LLP,    PO BOX 3001,    MALVERN, PA 19355-0701
515804050   +Amex,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
515804051  ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court:  Bk Of Amer,    Po Box 982235,    El Paso, TX 79998)
515804052   +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
515964034    JPMorgan Chase Bank, N.A.,    c/o Five Lakes Agency, Inc.,    P.O. Box 80730,
              Rochester, MI  48308-0730
515804056   +Nationstar Mortgage,    8950 Cypress Waters Boulevard,    Coppell, TX 75019-4620
515804055   +Nationstar Mortgage,    P.O Box 619098,    Dallas, TX 75261-9098
515804058   #+Tsi/09,    Po Box 17205,    Wilmington, DE 19850-7205
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Apr 12 2018 00:02:38     U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 12 2018 00:02:35     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
515804053   +E-mail/Text: mrdiscen@discover.com Apr 12 2018 00:01:50     Discover Fin Svcs Llc,
              Po Box 15316,    Wilmington, DE 19850-5316
515804054   +E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Apr 12 2018 00:03:25
              Hyundai Capital Americ,    10550 Talbert Ave,    Fountain Valley, CA 92708-6032
515804057   +E-mail/PDF: gecsedi@recoverycorp.com Apr 12 2018 00:08:22     Syncb/Gap,    Po Box 965005,
              Orlando, FL 32896-5005
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 11, 2018 at the address(es) listed below:
```
              Charles G. Wohlrab    on behalf of Creditor    Nationstar Mortgage, LLC cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, Et Al...
               bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com
              Jay L. Lubetkin    jlubetkin@rltlawfirm.com, NJ57@ecfcbis.com,lvala@rltlawfirm.com,
               rgaydos@rltlawfirm.com
              Jay L. Lubetkin    on behalf of Trustee Jay L. Lubetkin jlubetkin@rltlawfirm.com,
               NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com
              Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage, LLC cmecf@sternlav.com
              Larry  Lesnik    on behalf of Trustee Jay L. Lubetkin llesnik@rltlawfirm.com,
               jcoleman@rltlawfirm.com
```

```
District/off: 0312-2          User: admin             Page 2 of 2           Date Rcvd: Apr 11, 2018
                              Form ID: 137            Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Melissa N. Licker    on behalf of Creditor   Nationstar Mortgage, LLC NJ_ECF_Notices@buckleymadole.com
          Seung H. Shin    on behalf of Debtor Jung Hwa  Kim shinjunglaw@gmail.com
                                                                                                       TOTAL: 8