# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  15−29741−JKS
Chapter:  7
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Jung Hwa Kim
    4 Beacon Way Apt 309
    Jersey City, NJ 07304

Social Security No.:
    xxx−xx−8642

Employer's Tax I.D. No.:

## NOTICE OF FILING OF FINAL ACCOUNT(S) OF TRUSTEE, OF HEARING ON APPLICATIONS FOR COMPENSATION (AND OF HEARING ON ABANDONMENT OF PROPERTY BY THE TRUSTEE)

THE FINAL REPORT(S) and account(s) of the trustee in this case having been filed,

NOTICE IS HEREBY GIVEN that there will be a hearing held before Honorable John K. Sherwood on:

DATE:           June 21, 2018
TIME:           10:00 AM
LOCATION:       Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of examining and passing on the report(s) and account(s), acting on applications for compensation and transacting such other business as may properly come before the court. Attendance by creditors is welcomed, but not required.

The account of the trustee shows:

TOTAL RECEIPTS:           $12,000.00
TOTAL DISBURSEMENTS:      $63.01
BALANCE ON HAND:          $11,936.99

In addition to expenses of administration as may be allowed by the court, claims secured by liens and claims entitled to priority must be paid in advance of any dividends to general creditors. The following applications for compensation have been filed: (creditors may be heard before the applications are determined)

APPLICANT(S)
Jay L. Lubetkin,
Trustee

COMMISSION OR FEES
$1,935.62

EXPENSES
0.00

The trustee's application to abandon the following property will be heard and acted upon:
None

The trustee's reports are available for inspection in the clerks office.

Any objection to the trustee's Final Report and Account must be filed (7) seven days prior to the above date and will be heard at that time of the final meeting.


Dated: May 30, 2018
JAN: lc

                                                  Jeanne Naughton
                                                  Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 15-29741-JKS
Jung Hwa Kim                                                            Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: May 30, 2018
                              Form ID: 192             Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 01, 2018.
db         +Jung Hwa Kim,    4 Beacon Way Apt 309,    Jersey City, NJ 07304-6117
aty        +Rabinowitz, Lubetkin & Tully, LLC,    293 Eisenhower Parkway,   Suite 100,
             Livington, NJ 07039-1711
516187312   AMERICAN EXPRESS BANK, FSB,    C/O BECKET AND LEE LLP,    PO BOX 3001,    MALVERN, PA 19355-0701
515804050  +Amex,    Po Box 297871,   Fort Lauderdale, FL 33329-7871
515804051 ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
            (address filed with court:   Bk Of Amer,    Po Box 982235,    El Paso, TX 79998)
515804052  +Chase Card,    Po Box 15298,   Wilmington, DE 19850-5298
515964034   JPMorgan Chase Bank, N.A.,    c/o Five Lakes Agency, Inc.,    P.O. Box 80730,
             Rochester, MI  48308-0730
515804056  +Nationstar Mortgage,    8950 Cypress Waters Boulevard,    Coppell, TX 75019-4620
515804055  +Nationstar Mortgage,    P.O Box 619098,    Dallas, TX 75261-9098
515804058  #+Tsi/09,    Po Box 17205,   Wilmington, DE 19850-7205
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: usanj.njbankr@usdoj.gov May 31 2018 00:15:22     U.S. Attorney,    970 Broad St.,
             Room 502,    Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 31 2018 00:15:20     United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
515804053  +E-mail/Text: mrdiscen@discover.com May 31 2018 00:14:30     Discover Fin Svcs Llc,
             Po Box 15316,    Wilmington, DE 19850-5316
515804054  +E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com May 31 2018 00:15:59
             Hyundai Capital Americ,    10550 Talbert Ave,   Fountain Valley, CA 92708-6032
515804057  +E-mail/PDF: gecsedi@recoverycorp.com May 31 2018 00:20:36     Syncb/Gap,   Po Box 965005,
             Orlando, FL 32896-5005
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2018                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 30, 2018 at the address(es) listed below:
              Charles G. Wohlrab    on behalf of Creditor    Nationstar Mortgage, LLC cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, Et Al...
               bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com
              Jay L. Lubetkin    jlubetkin@rltlawfirm.com, NJ57@ecfcbis.com,lvala@rltlawfirm.com,
               rgaydos@rltlawfirm.com
              Jay L. Lubetkin    on behalf of Trustee Jay L. Lubetkin jlubetkin@rltlawfirm.com,
               NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com
              Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage, LLC cmecf@sternlav.com
              Larry Lesnik    on behalf of Trustee Jay L. Lubetkin llesnik@rltlawfirm.com,
               jcoleman@rltlawfirm.com

```
District/off: 0312-2           User: admin              Page 2 of 2              Date Rcvd: May 30, 2018
                               Form ID: 192             Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Melissa N. Licker    on behalf of Creditor    Nationstar Mortgage, LLC NJ_ECF_Notices@buckleymadole.com
        Seung H. Shin    on behalf of Debtor Jung Hwa  Kim shinjunglaw@gmail.com
                                                  TOTAL: 8