UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)
JAY L. LUBETKIN
RABINOWITZ, LUBETKIN & TULLY
293 EISENHOWER
PARKWAY
SUITE 100
LIVINGSTON, NJ 07039
Chapter 7 Trustee

In Re:
KIM, JUNG HWA

      Debtor.

Order Filed on June 21, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey

Case No.: 15-29741-JKS

Judge: JOHN K. SHERWOOD

ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: June 21, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2
Debtor: KIM, JUNG HWA
Case No.: 15-29741-JKS
Caption of Order: Order Awarding Trustee's Compensation and Expenses

Upon consideration of the foregoing application for compensation and after notice as prescribed

by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $1,935.62 is

reasonable compensation for the services in this case by JAY L. LUBETKIN, trustee; that such sum does not

exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $0.00 is reasonable for

actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.