**Order Filed on June 21, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| --- |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br>JAY L. LUBETKIN<br>RABINOWITZ, LUBETKIN & TULLY<br>293 EISENHOWER<br>PARKWAY<br>SUITE 100<br>LIVINGSTON, NJ 07039<br>Chapter 7 Trustee |

| | |
| --- | --- |
| In Re:<br>KIM, JUNG HWA<br><br>     Debtor. | Case No.: 15-29741-JKS<br><br>Judge: JOHN K. SHERWOOD |

ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: June 21, 2018**

_____

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2
Debtor: KIM, JUNG HWA
Case No.: 15-29741-JKS
Caption of Order: Order Awarding Trustee's Compensation and Expenses

---

Upon consideration of the foregoing application for compensation and after notice as prescribed

by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $1,935.62 is

reasonable compensation for the services in this case by JAY L. LUBETKIN, trustee; that such sum does not

exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $0.00 is reasonable for

actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 15-29741-JKS
Jung Hwa Kim                                                                    Chapter 7
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Jun 21, 2018
                    Form ID: pdf903            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 23, 2018.
db          +Jung Hwa Kim,    4 Beacon Way Apt 309,    Jersey City, NJ 07304-6117

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 21, 2018 at the address(es) listed below:
        Charles G. Wohlrab    on behalf of Creditor    Nationstar Mortgage, LLC cwohlrab@logs.com,
     njbankruptcynotifications@logs.com
        Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, Et Al...
     bankruptcynotice@zuckergoldberg.com,  bkgroup@kmllawgroup.com
        Jay L. Lubetkin    jlubetkin@rltlawfirm.com,  NJ57@ecfcbis.com,lvala@rltlawfirm.com,
     rgaydos@rltlawfirm.com
        Jay L. Lubetkin    on behalf of Trustee Jay L. Lubetkin jlubetkin@rltlawfirm.com,
     NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com
        Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage, LLC cmecf@sternlav.com
        Larry  Lesnik    on behalf of Trustee Jay L. Lubetkin llesnik@rltlawfirm.com,
     jcoleman@rltlawfirm.com
        Melissa N. Licker    on behalf of Creditor    Nationstar Mortgage, LLC
     NJ_ECF_Notices@buckleymadole.com
        Seung H. Shin    on behalf of Debtor Jung Hwa  Kim shinjunglaw@gmail.com
                                             TOTAL: 8